IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>    v.<br><br>GREGORY FRANKS,<br><br>                Respondent. | 1:14-cv-00259-LJO-SKO<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE HEARING**<br><br>**OLD HEARING DATE**<br><br>**Date:** May 14, 2014<br>**Time:** 9:30 a.m.<br>**Ctrm:** 7, 6th Floor<br><br>**NEW HEARING DATE**<br><br>**Date:** June 4, 2014<br>**Time:** 12:00 p.m.<br>**Ctrm:** 7, 6th Floor |

On April 29, 2014, Petitioner, United States of America, filed an ex parte request to continue the scheduled Order to Show Cause Hearing, so that the United States may make further attempts of service upon Respondent Gregory Franks.

Accordingly, IT IS HEREBY ORDERED that the Order to Show Cause Hearing is continued to Wednesday, June 4, 2014, at 12:00 p.m. in Courtroom No. 7.

IT IS SO ORDERED.

    Dated:   **April 29, 2014**                      **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE