IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>GREGORY FRANKS,<br><br>Respondent. | 1:14-cv-00259-LJO-SKO<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE HEARING**<br><br>**OLD HEARING DATE**<br><br>Date:  June 4, 2014<br>Time:  12:00 p.m.<br>Ctrm:  7, 6th Floor<br><br>**NEW HEARING DATE**<br><br>Date:  July 30, 2014<br>Time:  9:30 a.m.<br>Ctrm:  7, 6th Floor |
|---|---|

On June 2, 2014, Petitioner, United States of America, filed an *ex parte* request to continue the Order to Show Cause hearing currently set for June 4, 2014, so the United States may make alternate attempts to serve Respondent Gregory Franks.

Accordingly, IT IS HEREBY ORDERED that the Order to Show Cause hearing is continued to **Wednesday, July 30, 2014, at 9:30 a.m.** in Courtroom No. 7.

IT IS SO ORDERED.

Dated:  **June 3, 2014**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING ORDER TO SHOW CAUSE                                          1