**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>GREGORY FRANKS,<br><br>    Respondent. | **1:14-cv-00259-LJO-SKO**<br><br>**ORDER RESETTING SHOW CAUSE HEARING RE: TAX SUMMONS ENFORCEMENT**<br><br>Taxpayer: **GREGORY FRANKS**<br><br>Date:   **October 22, 2014**<br>Time:   **9:30 a.m.**<br>Ctrm:   **7 - 6th Floor** |

Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California ("Petitioner"), including the verification of Revenue Officer MICHAEL J. PAPASERGIA, and the Exhibit attached thereto, and following the August 5, 2014, Order Vacating Show Cause Hearing (Dkt. 23), it is hereby ORDERED that Respondent GREGORY FRANKS ("Respondent") appear before United States Magistrate Judge Sheila K. Oberto, in Courtroom 7 in the United States Courthouse, 2500 Tulare Street, Fresno, California, on October 22, 2014, at 9:30 a.m., to show cause why the respondent should not be compelled to obey the Internal Revenue Service summons issued on July 18, 2013.

It is further ORDERED that:

1. Service of process in this action shall be complete when Petitioner, after the making of this Order, has mailed to Respondent a new copy of:

    (a) the Verified Petition with its exhibits (Doc. 1),

    (b) the points and authorities filed March 3, 2014 (Doc. 3-1),

    (c) the original Order to Show Cause filed March 4, 2014, (Doc. 4),

    (d) this Order, and

    (e) a separately-written Notice of the hearing date,

    by ordinary and certified mail at 6131 Mills Drive, Bakersfield, CA 93306, and to Respondent's current tax advisor by certified mail as follows: Michael P. Mears, 5500 Ming Avenue, Suite 225, Bakersfield, CA 93309.

2. To provide Respondent with adequate opportunity to respond in court, Petitioner shall mail process as described in paragraph 1 above by the 28th day before the hearing.

3. Proof of any process service done under paragraph 1, above, shall be filed with the Clerk as soon as practicable.

4. If Respondent has any defense or opposition to the petition, such defense or opposition shall be made in writing, and be filed with the Clerk and a copy served by mail upon the Petitioner by the 14th day before the hearing date.

5. Respondent may notify the Court, in a writing filed with the Clerk with a copy served by mail on Petitioner, by the 14th day before the hearing date, that Respondent has no objections to enforcement of the summons. Respondent's appearance at the hearing will then be excused.

IT IS SO ORDERED.

Dated:  **September 15, 2014**          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE