BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner, United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>GREGORY FRANKS,<br><br>　　　　　Respondent. | **1:14-cv-00259-LJO-SKO**<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; REQUEST TO VACATE STATUS REPORT, AND ORDER CLOSING FILE**<br><br>Taxpayer: **GREGORY FRANKS** |

TO THIS HONORABLE COURT:

　　　PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons being enforced here.  Therefore petitioner United States of America requests that the January 14, 2015, deadline to file a Status Report be vacated, and that the case be closed.

Dated:  December 22, 2014　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　*/s/   YHimel*
　　　　　　　　　　　　　　　　　　　　　YOSHINORI H. T. HIMEL
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

ORDER

Upon Petitioner's notice of compliance, recommendation, and request, the Status Report deadline is vacated, and the Clerk shall close this file.

IT IS SO ORDERED.

Dated: __**December 22, 2014**__        ____/s/ Lawrence J. O'Neill____
                                          UNITED STATES DISTRICT JUDGE